IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

OSCAR THOMAS HORTON                                                                    PLAINTIFF

V.                            Case No. 4:12-CV-00349-KGB

ECONOMY PREMIERE ASSURANCE COMPANY                              DEFENDANT

## STIPULATION OF DISMISSAL

COME NOW the Plaintiff, Oscar Thomas Horton, and Defendant, Economy Premiere Assurance Company, by and through their respective attorneys, Stewart Law Firm and the Laser Law Firm, P.A., and herein move the Court for an Order dismissing Plaintiff's Complaint with prejudice and without costs, stating:

1.      That Plaintiff moves the Court for an order dismissing Plaintiff's Complaint (Dkt. 2) against the Defendant with prejudice;

2.      That the parties herein state the matters asserted in the Complaint have been amicably settled and resolved, and, therefore, this matter should be dismissed with prejudice with each bearing their own costs and attorneys' fees;

WHEREFORE, Plaintiff, Oscar Thomas Horton, and Defendant, Economy Premiere Assurance Company, pray the Court enter an appropriate Order in the above-styled action dismissing the Complaint of the Plaintiff with prejudice and without costs or attorneys' fees being assessed to any of the parties, and for all other just and proper relief to which they may be entitled.

Respectfully submitted,

LASER LAW FIRM, P.A.
101 South Spring Street, Suite 300
Little Rock, Arkansas 72201-2488


By: /s/ J. Cotten Cunningham
    J. Cotten Cunningham (AR Bar ID No.: 97238)

-AND-

STEWART LAW FIRM
904 Garland Street
Little Rock, Arkansas 72201


By: /s/ Chris H. Stewart
    Chris H. Stewart (AR Bar ID No.: 2003222)