IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**OSCAR THOMAS HORTON**                                                                 **PLAINTIFF**

v.                                    Case No. 4:12-cv-00349 KGB

**ECONOMY PREMIER**
**ASSURANCE COMPANY**                                                            **DEFENDANTS**

### ORDER

The parties have informed the Court that this matter has been settled (Dkt. No. 10). Therefore, the Court finds that this case should be dismissed with prejudice, with each party bearing his or its own costs and attorneys' fees based on the parties' agreement.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendant are hereby dismissed with prejudice.

IT IS SO ORDERED this 7 day of December, 2012.

_Kristine M. Baker_
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE