Case 4:12-cv-00349-KGB   Document 11   Filed 12/07/12   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

OSCAR THOMAS HORTON                                                                    PLAINTIFF

v.                                        Case No. 4:12-cv-00349 KGB

ECONOMY PREMIER
ASSURANCE COMPANY                                                                    DEFENDANTS

## ORDER

The parties have informed the Court that this matter has been settled (Dkt. No. 10). Therefore, the Court finds that this case should be dismissed with prejudice, with each party bearing his or its own costs and attorneys' fees based on the parties' agreement.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendant are hereby dismissed with prejudice.

IT IS SO ORDERED this 7 day of December, 2012.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE